**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-01280-LTB-MJW

AL SIMMONS,

       Plaintiff,

v.

NORTHSTAR LOCATION SERVICES, LLC, a New York limited liability company,

       Defendant.

---

**ORDER OF DISMISSAL**

---

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 15 - filed October 6, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                    BY THE COURT:

                                                      s/Lewis T. Babcock
                                                    Lewis T. Babcock, Judge

DATED:   October 7, 2011